24 A.3d 859

Juan TORRES, Appellant

v.

PA. DEPARTMENT OF PROBATION AND PAROLE, Appellee.

No. 26 EAP 2011.

Supreme Court of Pennsylvania.

July 14, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of July, 2011, the appeal is **DISMISSED** due to Appellant's failure to file a brief. The Application for Summary Relief/Application for Stay is **DISMISSED AS MOOT.**